# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2013

147692(28)(29)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re VELEZ-RUIZ

_____

WANDA VELEZ-RUIZ, M.D.,
      Plaintiff-Appellant,

v

OAKLAND COUNTY CIRCUIT COURT JUDGE,
      Defendant-Appellee.

_____/

SC: 147692
COA: 316578
Source of Case: Oakland CC

      On order of the Chief Justice, the plaintiff's motion for immediate consideration is GRANTED. On further order of the Chief Justice, the motion to: (1) file a reply brief with supplemental statements of jurisdiction, grounds for appeal, questions presented, material proceedings and facts, standards of review, and amended relief sought, and (2) waive the 10-page limitation for reply briefs under MCR 7.302(E) and MCR 7.212(G) is DENIED; the plaintiff's October 23, 2013 brief is thus rejected. The plaintiff shall have 14 days from the date of this order to file a conforming reply brief, limited to the issues raised in the original application for leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    October 29, 2013              

                                          Clerk